# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00478-CV

**Dian Maria Betz Jones, Appellant**

**v.**

**Teddy Mac Jones, Appellee**

===========================================================

**FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
NO. 193,062-B, HONORABLE RICK MORRIS, JUDGE PRESIDING**

===========================================================

## M E M O R A N D U M   O P I N I O N

Appellant Dian Maria Betz Jones and appellee Teddy Mac Jones filed a joint motion to dismiss this appeal, stating that they have resolved all issues on appeal. Accordingly, we grant the motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed on Joint Motion

Filed: April 7, 2005